1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH A. SMITH,

11          Plaintiff,                    No. 2:11-cv-3090 LKK DAD (PC)

12      vs.

13   SACRAMENTO SHERIFF
     DEPARTMENT, et al.,

14
            Defendants.            ORDER
15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On February 15, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has not

22   filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed February 15, 2012, are adopted in

2     full; and

3          2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ.

4     P. 41(b).

5     DATED: March 15, 2012.

6

7

8     LAWRENCE K. KARLTON
      SENIOR JUDGE
9     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26